NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**HTC CORPORATION AND HTC AMERICA, INC.,**
*Intervenors.*

---

2012-1125

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-710.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of HTC Corporation and HTC America, Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

JAN 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marcus E. Sernel, Esq.
     Sidney A. Rosenzweig, Esq.
     Robert A. Van Nest, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 0 2012

JAN HORBALY
CLERK